In the Matter of the Petition of the WESTCHESTER COUNTY BAR ASSOCIATION in Respect to BENJAMIN LEVITAN, an Attorney.— Matter referred to Hon. J. Addison Young, official referee, to hear and to report with his opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Application of BENJAMIN NEUWIRTH for Admission to Practice as an Attorney and Counselor at Law.— Application denied. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.